UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| v. | : | Crim. No. 16-520 |
| ANTUANE GREGORY | : | **SCHEDULING ORDER** |

RECEIVED
DEC 1 4 2016
Chambers of
Mary L Cooper, U.S.D.J

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (by Jason S. Gould, Assistant U.S. Attorney, appearing); and the defendant Antuane Gregory being represented by Andrea Bergman, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 14th day of December, 2016, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before January 18, 2017.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before January 18, 2017. Exculpatory evidence that becomes known to

the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before February 15, 2017.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before February 15, 2017.

5. The following shall be the schedule for pretrial motions in this matter:

   a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before March 22, 2017;

   b) The Government shall file any response to the Defendant's pretrial motions on or before April 19, 2017;

   c) The Defendant shall file any reply on or before May 3, 2017;

   d) Oral argument on pretrial motions shall be held on _May 10, 2017_ at _10_ a.m./~~p.m.~~

6. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions.  If appropriate, a trial date will be set at this final pretrial conference.

*Mary L. Cooper*
Honorable Mary L. Cooper
United States District Judge