UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| v. | : | Crim. No. 16-520 |
| ANTUANE GREGORY | : | **SCHEDULING ORDER** |

    This matter having come before the Court for arraignment; and the United States being represented by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Jason S. Gould, Assistant U.S. Attorney, appearing); and the defendant Antuane Gregory being represented by Andrea Bergman, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on an amended schedule for the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

    It is on this 24th day of March, 2017, ORDERED that:

    1. The following shall be the schedule for pretrial motions in this matter:

        a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before May 17, 2017;

b) The Government shall file any response to the Defendant's pretrial motions on or before June 5, 2017;

c) The Defendant shall file any reply on or before June 12, 2017;

d) Oral argument on pretrial motions shall be held on 6/15/17 at 1 ~~a.m.~~/p.m.

2. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

_Mary L. Cooper_
Honorable Mary L. Cooper
United States District Judge