## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Mary L. Cooper |
| v. | : | |
| | : | Crim. No. 16-520 (MLC) |
| ANTUANE GREGORY | : | |
| | : | |

I, Antuane Gregory, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree:

1.    I previously have been sentenced to serve a term of imprisonment by a state court in the State of New Jersey.  I have not completed serving that sentence.

2.    I now face federal charges in the United States District Court for the District of New Jersey for allegedly, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a loaded firearm, and for that reason I have been taken into federal custody and brought to Newark, New Jersey.

3.    I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until the trial on the federal charge described above is completed and the sentence has been imposed.

RECEIVED

JUL 10 2017

Chambers of
Mary L. Cooper, U.S.D.J.

4.    Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial and sentencing on the federal charge.

Dated:  July 10, 2017

Antuane Gregory
Defendant

Andrea Bergman, Esq.
Counsel for Antuane Gregory

MARY L. COOPER
U.S. DISTRICT JUDGE